**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Irma MARTINEZ, a.k.a.**
**Irma Martinez–Garcia,**
**Defendant–Appellant.**

**No. 09–13418**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 22, 2010.

Irma Martinez, Coleman, FL, pro se.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BIRCH, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Kathleen M. Williams, appointed counsel for Irma Martinez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Martinez's probation and her sentence are **AFFIRMED.**